**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MARVA BARFIELD,<br><br>        Plaintiff,<br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security Administration,<br><br>        Defendant. | No. EDCV 05-699 (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: July 28, 2006

                                                _____/s/_____
                                                CARLA M. WOEHRLE
                                     United States Magistrate Judge